# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
No. 3:24-cv-01097-MOC-DCK

| | |
|---|---|
| **RAMIRO SERAFIN FLORES, Individually and on Behalf of the Estate of ALEJANDRO SERAFIN GUERRERO, MA ESTHER GEURRERO REYES, JUAN RINCON SOTO, Individually and on Behalf of the Estate of JUAN HUMBERTO RINCON MARTINEZ, ANA LUISA MARTINEZ CERVANTES, ELIZABETH GARCIA DIOSDADO, INDIVIDUALLY AND AS NEXT FRIEND OF A.S.R.G., D.V.R.G. AND J.H.R.G., EMMA REYNA DAVILA Individually and on Behalf of the Estate of PORFIRIO JAVIER SANZHEZ MENDOZA, VALERIA SANCHEZ REYNA, Individually, TRINIDAD VALVERDE ESPERICUETA** <br> Plaintiffs, <br><br> vs. <br><br> **RTX CORPORATION and COLLINS AEROSPACE** <br> Defendant. | **PLAINTIFFS' NOTICE TO THE COURT REGARDING PROSECUTION AGAINST DEFENDANT COLLINS AEROSPACE AND REQUEST TO PERFORM DISCOVERY** |

COME NOW, RAMIRO SERAFIN FLORES, Individually and on Behalf of the Estate of ALEJANDRO SERAFIN GUERRERO, MA ESTHER GUERRERO REYES, JUAN RINCON SOTO, Individually and on Behalf of the Estate of JUAN HUMBERTO RINCON MARTINEZ, ANA LUISA MARTINEZ CERVANTES, ELIZABETH GARCIA DIOSDADO, individually, and as next friend of A.S.R.G., D.V.R.G. and J.H.R.G., BLANCA SUGEY GUZMAN SANCHEZ, as Next Friend of E.H.R.G, EMMA REYNA DAVILA Individually and on Behalf of the Estate of PORFIRIO JAVIER SANZHEZ MENDOZA, VALERIA SANCHEZ REYNA,

1

TRINIDAD VALVERDE ESPERICUETA, individually and as Representative of the Estate of OLEGARIO ANDRADE ZAMORANO, EDWIN IGNACIO ANDRADE VALVERDE, JESSICA JANETH ANDRADE VALVERDE and CARLOS GEOVANNI ANDRADE VALVERDE (hereinafter "Plaintiffs") and notifies the Court as to the prosecution of Defendant Collins Aerospace per the Court's notice of May 21, 2025 as follows:

Since removal to this Court, the parties have engaged in discussions to determine the correct parties to the lawsuit so that all proper parties may be included to move forward and that any party which is misplaced may be dismissed.

Per the answer on file for Defendant RTX, Paragraph 14 states "RTX denies that COLLINS AEROSPACE is a wholly owned subsidiary and/or division of Defendant with its principal place of business located in Mecklenburg County, NC." No further information is provided in the answer, nor has been shared by counsel in the discussions to date. Further, no discovery has been undertaken at this time because Defendant RTX also denies it is a proper party. However, in examining Collins Aerospace's online presence, it clearly shows a connection and affiliation to Defendant RTX:





RTX and Collins Aerospace were served at the same time to the same address. Yet, RTX has chosen not to file an answer on behalf of this apparently related entity. Therefore, Plaintiffs would request that the Court allow additional time and permission to conduct at least some discovery to determine the relationship, if any of Collins Aerospace to Defendant RTX to determine if Collins Aerospace is a proper party/entity. This request is not made for purposes of delay, but rather so that justice can be done.

Respectfully submitted,

/s/Brett Dressler

Brett Dressler, Bar No. #34516
Suite 410 Cameron-Brown Building
301 South McDowell Street
Charlotte, North Carolina  28204-2686
Telephone (704) 377-5050
Facsimile (740) 339-0172
BDressler@sellershinshaw.com

By: */s/ Jason C. Webster*

Jason C. Webster
*Pro Hac Vice Granted*
**Webster Vicknair MacLeod**
24 Greenway Plaza, Suite 600
Houston, Texas 77046

(713) 581-3900 (telephone)
(713) 581-3907 (facsimile)
filing@wvmlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 19th of June, 2025.

*/s/ Jason C. Webster*
Jason C. Webster